```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

              Plaintiff,
                                            06-CV-6515T(F)
        -v-
                                            ORDER FOR PUBLICATION
THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT 3412
ROUTE 88 NORTH, NEWARK, NEW YORK,
THAT IS, ALL THAT TRACT OR PARCEL
OF LAND, SITUATED IN THE TOWN OF
ARCADIA, COUNTY OF WAYNE, AND STATE
OF NEW YORK, AND MORE PARTICULARLY
DESCRIBED IN A CERTAIN DEED RECORDED
IN THE WAYNE COUNTY CLERK'S OFFICE
IN LIBER 971 OF DEEDS AT PAGE 396,

              Defendant.
_____
```

Upon review of the Petition for Order of Publication filed by the plaintiff on October 20, 2006, and upon all the pleadings and proceedings in this action, by all of which it appears to the satisfaction of this Court that the plaintiff is entitled to the relief herein granted, it is hereby

**ORDERED**, that the plaintiff is to provide public notice of this action by publishing once a week for three (3) consecutive weeks in the Times of Wayne County, as provided for in Title 28, United States Code, Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and it is further

**ORDERED**, that said public notice must specify that a verified claim/statement of interest must be filed with the Clerk of the United States District Court, Western District of New York, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, except that in no event may such claim be filed later than thirty (30) days after the earlier of receiving actual notice of execution of process or completed publication of notice as provided above; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which a person must, pursuant to Rule C(6), file such verified claim/statement of interest; and must file and serve his or her answer to the Complaint containing any objection or defense to the forfeiture within twenty (20) days thereafter.

DATED:    October 23, 2006, at Rochester, New York.


                                S/ MICHAEL A. TELESCA
                                HONORABLE MICHAEL A. TELESCA
                                United States District Judge